IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEPUY SYNTHES SALES, INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| V. | § | |
| | § | |
| JARED BUNN, AARON GARZA, | § | 1:13-cv-00893-SS |
| JASON GLYNN, AND GLOBUS | § | |
| MEDICAL, INC. | § | |
| | § | |
| Defendants | § | |

## JOINT REPORT REGARDING SETTLEMENT

The parties notify the Court that they have reached agreement on the principal terms of a settlement and are resolving remaining issues and confirming and documenting the terms of the settlement. The parties anticipate completing that process within the next 30 days and submitting the appropriate papers to the Court for dismissal of this action pursuant to settlement.

Dated: May 20, 2014.

**JOINT REPORT REGARDING SETTLEMENT – Page 1**

Respectfully submitted,

DUANE MORRIS LLP

/s/ R. Brandon Bundren (by permission)
R. Brandon Bundren
State Bar No. 24050353
Email: rbbundren@duanemorris.com
1330 Post Oak Blvd., Suite 800
Houston, Texas 77056
Tel.: 713.402.3900
Fax: 713.402.3901

Lawrence H. Pockers
(*Admitted pro hac vice*)
lhpockers@duanemorris.com
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1000
Facsimile: 215.979.1020

ATTORNEYS FOR DEFENDANTS

THOMPSON & KNIGHT LLP

/s/Stephen F. Fink
Stephen F. Fink
Texas State Bar No. 07013500
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533
Telephone: (214) 969-1120
Facsimile: (214) 880-3212
E-mail: stephen.fink@tklaw.com

ATTORNEYS FOR DEPUY SYNTHES
SALES, INC.

Of Counsel:

Kathryn K. Conde
Shaghayegh Tousi
NUTTER, MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and the foregoing document was electronically served on all counsel of record via the Court's CM/ECF system.

/s/Stephen F. Fink
Stephen F. Fink

040752 000263 10027642.2

**JOINT REPORT REGARDING SETTLEMENT – Page 2**