IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEPUY SYNTHES SALES, INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| V. | § | |
| | § | |
| JARED BUNN, AARON GARZA, | § | 1:13-cv-00893-SS |
| JASON GLYNN, AND GLOBUS | § | |
| MEDICAL, INC. | § | |
| | § | |
| Defendants | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), DePuy Synthes Sales, Inc. hereby dismisses this action with prejudice, with each party to bear its or his own costs of court and attorneys' fees. Jared Bunn, Aaron Garza, Jason Glynn, and Globus Medical, Inc. stipulate to this dismissal with prejudice by the signature of their attorney of record below.

Dated:  August 11, 2014.

| DUANE MORRIS LLP | THOMPSON & KNIGHT LLP |
|---|---|
| /s/ R. Brandon Bundren (by permission)<br>R. Brandon Bundren<br>State Bar No. 24050353<br>Email: rbbundren@duanemorris.com<br>1330 Post Oak Blvd., Suite 800<br>Houston, Texas 77056<br>Tel.: 713.402.3900<br>Fax: 713.402.3901<br><br>Lawrence H. Pockers<br>(*Admitted pro hac vice*)<br>lhpockers@duanemorris.com<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Telephone: 215.979.1000<br>Facsimile: 215.979.1020<br><br>ATTORNEYS FOR DEFENDANTS | /s/Stephen F. Fink<br>Stephen F. Fink<br>Texas State Bar No. 07013500<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201-2533<br>Telephone:  (214) 969-1120<br>Facsimile:   (214) 880-3212<br>E-mail: stephen.fink@tklaw.com<br><br>ATTORNEYS FOR DEPUY SYNTHES SALES, INC.<br><br>Of Counsel:<br><br>Kathryn K. Conde<br>Shaghayegh Tousi<br>NUTTER, MCCLENNEN & FISH LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA  02210<br>(617) 439-2000 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and the foregoing document was electronically served on all counsel of record via the Court's CM/ECF system.

    /s/Stephen F. Fink
    Stephen F. Fink