FILED
2014 AUG 18 PM 3:25
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DEPUY SYNTHES SALES, INC.,
           Plaintiff,

-vs-                                          Case No. A-13-CA-893-SS

JARED BUNN, AARON GARZA, JASON
GLYNN, and GLOBUS MEDICAL, INC.,
           Defendants.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Dismissal [#23] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

    IT IS ORDERED that the Stipulation of Dismissal [#23] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice;

    IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the _18th_ day of August 2014.

_____
UNITED STATES DISTRICT JUDGE